AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

LUIS R. HERNANDEZ

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 21, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __DETECTIVE FRANKLYN THEN__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE FRANKLYN THEN**
**NARCOTICS & SPECIAL**
**INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                              City and State

_____                 _____
Name & Title of Judicial Officer                Signature of Judicial Officer

## **STATEMENT OF FACTS**

      On May 21, 2008, a Confidential Information (CI), working with the Metropolitan Police Department had a conversation with the defendant, Luis Hernandez, about the defendant providing the CI with 125 grams of crack cocaine, and 125 grams of cocaine powder. The defendant told the CI he wanted $3,000.00 for each package. The defendant and the CI agreed to meet in at 6201 Eastern Avenue, N.E., Washington, D.C. The CI and an undercover officer (UC) with the Metropolitan Police Department went to the above location. Other MPD officers were staged in the vicinity for surveillance. When the defendant arrived, he entered the UC's vehicle. The UC climbed into the back seat of vehicle and the defendant produced two clear plastic bags. One bag contained a tan hard rock-like substance and the other contained a white powder-like substance. The defendant gave the two bags to the CI, and the CI gave the bags to the UC. The UC opened one of the bags and told the defendant that it looked good. The UC gave the defendant $3,000.00 in MPDC funds, and told the defendant he was going to get the rest from the rear of the vehicle. When the UC exited the vehicle, other MPD officers moved in and stopped the UC, the CI, and the defendant. Officers placed the defendant under arrest. A portion of the tan rock-like substance and the white powder substance field tested positive for cocaine. The approximate weight of the tan rock-like substance was 127 grams, and the white powder substance was also approximately 127 grams. The transaction in which defendant sold the suspected crack cocaine and cocaine, was captured on video and audio from recording equipment inside the UC vehicle.

 

                                                 DETECTIVE FRANKLYN THEN
                                                 NARCOTICS & SPECIAL INVESTIGATIONS DIVISION
                                                 METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF MAY, 2008.

                                                 U.S. MAGISTRATE JUDGE