UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. 04-323 (GK) |
| ) | |
| Thomas Short, *Defendant* _____) | |

NOTICE OF ATTORNEY APPEARANCE

The Clerk will please note the entry of my appearance as of May 13, 2008, as counsel for the Defendant pursuant to my appointment under the Criminal Justice Act.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Thomas Short
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (voice & fax)
Email: NISquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served this 11th day of May 2008 via electronic transmission through ECF upon the United States Attorney's Office, U.S. District Court section, 555 4th Street NW, Washington DC 20530.

_____
*Nathan I. Silver*