UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. AK-08-341M-01 |
| ) | |
| Luis Hernandez, *Defendant*_____) | |

NOTICE OF ATTORNEY APPEARANCE

The Clerk will please note the entry of my appearance *nunc pro tunc* to May 22, 2008, as counsel appointed to represent defendant under the Criminal Justice Act.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Luis Hernandez
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (voice & fax)
Email: NISquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served this 29th day of May 2008 via electronic transmission through ECF upon assts. U.S. Attorney Frederic Gallun, Gang Prosecution and Drug Trafficking Section, U.S. Attorney's Office, 555 4th Street NW, Washington DC 20530.

_____
*Nathan I. Silver*