**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 08-mj-341 |
| | : | |
| v. | : | |
| | : | |
| LUIS HERNANDEZ, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney **Frederic Gallun**, at telephone number **(202) 514-6997** and/or email address

**frederic.gallun@usdoj.gov** will substitute for Assistant United States Attorney Angela George as

counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
FREDERIC GALLUN
District of Columbia Bar No. 462025
Assistant United States Attorney
Organized Crime and Drug Trafficking
555 4th Street, NW, 4th floor
Washington, DC 20530
frederic.gallun@usdoj.gov
(202) 514-6997